USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN UMEZE,

                        Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF FINANCE et al.,

                        Defendants.

**ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO TELEPHONIC**

24-CV-5523 (JPC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

Defendants' request to adjourn the Initial Case Management Conference in this matter scheduled for **Thursday, December 5, 2024 at 12:00 p.m.** is hereby DENIED. (ECF No. 22 at p. 1, n. 1) Instead, the Court will convert the conference to a telephonic proceeding. At the scheduled time, the parties shall dial **+646-453-4442, conference ID 786 141 684#.**

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
       November 11, 2024

                                        SO ORDERED.

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge