

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**SARAH E. GILBERT**
*Assistant Corporation Counsel*
Tel.: (212) 356-2655
Fax: (212) 356-1148
Email: sgilbert@law.nyc.gov

December 3, 2024

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

      Re:    Ben Umeze, MD v. New York City Department of Finance, et al.,
               24 CV 5523 (JPC) (KHP)

Your Honor:

      I am a Senior Counsel in the Tax & Bankruptcy Litigation Division of the New York City Law Department, and I represent Defendants the City of New York, New York City Department of Finance, Commissioner of the New York City Department of Finance Preston Niblack, the New York City Department of Buildings, Commissioner of the New York City Department of Buildings James ("Jimmy") Oddo and the Mayor of the City of New York Eric Adams in this action.  Due to the death of my father yesterday, I write to respectfully request an adjournment of the initial conference, which is scheduled to be held by telephone on December 5, 2024 at 12:00 p.m., as I will not be available to attend.  I also write to respectfully request an adjournment of the current briefing schedule of Defendants' motion to dismiss by one month.  Pursuant to the Court's October 30, 2024 Order, Defendants' motion is currently due to be filed by December 20, 2024.

      I thank the Court for its consideration of the instant requests.

                          Respectfully submitted,

                          /s/ *Sarah E. Gilbert*
                          Sarah E. Gilbert
                          *Assistant Corporation Counsel*
                          Tax & Bankruptcy Litigation Division

cc: Ben Umeze, MD (by first-class mail and email)
Plaintiff *Pro Se*
1423 Glover Street
Bronx, New York 10462
Email: lovina@aol.com

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for Thursday, December 5, 2024 at 12:00 p.m. is hereby rescheduled to <u>Wednesday, January 22, 2025 at 11:00 a.m.</u>  Motion case deadlines are hereby extended 30 days.  At the scheduled time, the parties shall dial +646-453-4442, conference ID 786 141 684#.
<u>The Clerk of Court is directed to mail a copy of this order to the Plaintiff.</u>

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
12/03/2024