```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BEN UMEZE,

                                  Plaintiff,

         -against-

NEW YORK CITY DEPARTMENT OF FINANCE, et al.,

                                Defendants.
-------------------------------------------------------------------X

**24-CV-5523 (JPC) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 22, 2025, the parties appeared before the undersigned for an Initial Case Management Conference. As discussed during the conference and set forth below:

Plaintiff's deadline to file his Opposition to Defendants' Motion to Dismiss is extended to **February 24, 2025**. Defendants shall file their Reply **by March 10, 2025**.

All fact discovery in this case shall be completed by **October 1, 2025**. The parties shall exchange initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure **by March 5, 2025**. Defendants' request to stay discovery pending a resolution of the Motion to Dismiss is hereby DENIED in part and otherwise granted. (*See* ECF No. 32) At this time, the only discovery that will be permitted is document discovery in the form of initial disclosures, together with documents. This shall include non-privileged portions of relevant records concerning the property at issue from the New York City Department of Finance. All other discovery on this matter is stayed.

The deadline to amend pleadings and join parties is 30 days after a ruling on the Motion to Dismiss. Good cause shall be required for any proposed amendments or joinder after this date.

**SO ORDERED.**

DATED:   New York, New York
         January 22, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge