USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BEN UMEZE,

                         Plaintiff,

           -against-

NEW YORK CITY DEPARTMENT OF FINANCE, et al.,

                       Defendants.
-------------------------------------------------------------------X

24-CV-5523 (JPC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On February 3, 2025, Plaintiff filed a letter requesting permission to file a supplemental opposition to Defendants' Motion to Dismiss in addition to his opposition filed on January 16, 2025. (ECF No. 37) The Court construed Plaintiff's request as one to file a sur-reply and granted the request. (ECF No. 39) The Court now clarifies that it construes Plaintiff's request as one to file a supplemental opposition and grants the request. **By February 24, 2025**, Plaintiff shall file his supplemental opposition of **no more than 5 pages, double-spaced**. Defendants' reply is due **by March 10, 2025**.

      SO ORDERED.

DATED:   New York, New York
               February 7, 2025

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge