UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

BEN UMEZE,

Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF FINANCE, *et al.*,

Defendants.

---------------------------------------------------------------------- X

24 Civ. 5523 (JPC) (KHP)

<u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

The Clerk of Court is respectfully directed to enter judgment in favor of Defendants in this case.

SO ORDERED.

Dated: October 30, 2026
New York, New York

JOHN P. CRONAN
United States District Judge