UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN UMEZE.,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF FINANCE, ET AL.,

Defendants.

24 CIVIL 05523 (JPC)(KHP)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated October 30, 2026, the Judgment is entered in favor of Defendants in this case.

**Dated:** New York, New York
November 4, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**